JOSEPH BUSHTIS, Appellant, *v.* CATSKILL CEMENT COMPANY, Respondent.

*Bushtis v. Catskill Cement Co.*, 128 App. Div. 780, affirmed.
(Argued March 4, 1910; decided March 22, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered June 7, 1909, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*R. Monell Herzberg* for appellant.

*Frank H. Osborn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Absent: CHASE, J.